UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEVEN J. LEVITT,<br><br>    Plaintiff,<br><br>v.<br><br>SAFETY MANAGEMENT<br>SOLUTIONS, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 1:21-CV-00379 |

## STIPULATION OF DISMISSAL

Now come the parties to the above-entitled matter and hereby stipulate that the within action be dismissed in accordance with Fed. R. Civ. P. 41, with prejudice and without costs.

Defendant, Safety Management
Solutions, LLC,
By their attorney,

_/s/ Nicholas J. Hemond_

Nicholas J. Hemond, Esquire
BBO# 8782
DarrowEverett, LLP
One Turks Head Place 1200
Providence, RI 02903
Telephone: 401-453-1200
nhemond@darroweverett.com

Plaintiff, Steven Levitt,
By his attorney,

_/s/ V. Edward Formisano_

V. Edward Formisano
BBO# 5512
Formisano & Company
100 Midway Place Suite 1
Cranston, RI 02920
Telephone: 401-944-9691
edf@formisanoandcompany.com